UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
January 18, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROCHELLE PASLEY

Defendant.

Case No. 2:23-cr-0322-2 DJC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>ROCHELLE PASLEY</u> Case No. <u>2:23-cr-0322-2 DJC</u>  Charges <u>18 USC § 1349</u> from custody for the following reasons:

<u>  x  </u>   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

_____   Unsecured Appearance Bond $ _____

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

_____   (Other): __

Issued at Sacramento, California on January 18, 2024 at 2:30 PM

By:   /s/ Carolyn K. Delaney

Magistrate Judge Carolyn K. Delaney