PHILLIP A. TALBERT
United States Attorney
JESSICA DELANEY
JUSTIN LEE
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>ROCHELLE PASLEY,<br><br>            Defendant. | CASE NO. 2:23-CR-00322-DJC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: February 22, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on February 22, 2024.

2.      By this stipulation, defendant now moves to continue the status conference until April 11, 2024, at 9:00 a.m., and to exclude time between February 22, 2024, and April 11, 2024, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes more than 7,000 pages of documents, including financial documentation, returns from executed search warrants. Discovery also consists of digital evidence and bodycam video footage. All of this discovery has been either produced directly to counsel and/or made available

for inspection and copying.

      b)     Counsel for defendant desires additional time to consult with his client, review the produced discovery, further investigate any defenses, and address any potential case resolution.

      c)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)     The government does not object to the continuance.

      e)     The co-defendant in the case is scheduled to be arraigned February 22, 2024.  His next hearing in the related case of *United States v. Campbell*, 2:21-r-00092-DJC is scheduled for April 11, 2024.

      f)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 22, 2024 to April 11, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 15, 2024        PHILLIP A. TALBERT
                                                     United States Attorney

                                                     /s/ JESSICA DELANEY
                                                     JESSICA DELANEY
                                                     JUSTIN LEE
                                                     Assistant United States Attorney

Dated: February 15, 2024        /s/ MICHAEL E. HANSEN
                                                      MICHAEL E. HANSEN
                                                     Counsel for Defendant
                                                     ROCHELLE PASLEY

## ORDER

IT IS SO FOUND AND ORDERED this 16th day of February, 2024.

                                                     /s/ Daniel J. Calabretta
                                                     THE HONORABLE DANIEL J. CALABRETTA
                                                     UNITED STATES DISTRICT JUDGE