Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
ROCHELLE PASLEY

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:23-CR-00322 DJC |
| Plaintiff, | **STIPULATION AND** ~~**PROPOSED**~~ **ORDER MODIFYING PRETRIAL RELEASE CONDITIONS** |
| vs. | |
| ROCHELLE PASLEY, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jessca Delaney, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Rochelle Pasley, to modify the pretrial release condition for communication between the married codefendants.

Condition 10 will now read: You are allowed to have contact with Deshawn Campbell. You are not allowed to have communication about the case or discuss the pending charges.  You are only allowed to have non-case-related communication.

Dated:  February 16, 2024                             Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
ROCHELLE PASLEY

1

**Pretrial Release Conditions Modification**

Dated:  February 16, 2024

Phillip A. Talbert
United States Attorney

By:  /s/ Michael E. Hansen for
JESSICA DELANEY
Assistant U.S. Attorney
Attorney for Plaintiff

**[PROPOSED] ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court orders modification and addition of pretrial release conditions as follows:

Condition 10-You are allowed to have contact with Deshawn Campbell.  You are not allowed to have communication about the case or discuss the pending charges.  You are only allowed to have non-case-related communication.

IT IS SO ORDERED.

Dated: February 16, 2024

_____
JEREMY D. PETERSON
United States Magistrate Judge

**Pretrial Release Conditions Modification**