Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711

Attorney for Defendant
ROCHELLE PASLEY

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ROCHELLE PASLEY,<br><br>　　　　　Defendant. | Case No.: 2:23-CR-00322 DJC<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER MOFIFYING PRETRIAL RELEASE CONDITIONS** |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jessca Delaney, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Rochelle Pasley, to modify the pretrial release conditions and add a new condition for mental health counseling.

　　　　New Condition 11 will now read:

　　　　You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, or individual specialized treatment, as determined by the pretrial services officer.  You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

/////

/////

**Pretrial Release Conditions Modification**

Dated: April 18, 2025

Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
ROCHELLE PASLEY

Dated: April 18, 2025

Michele Beckwith
Acting United States Attorney

By: /s/ Michael E. Hansen for
JESSICA DELANEY
Assistant U.S. Attorney
Attorney for Plaintiff

## [~~PROPOSED~~] ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court orders modification and addition of pretrial release conditions as follows:

Condition 11-You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, or individual specialized treatment, as determined by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

IT IS SO ORDERED.

Dated: April 21, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

**Pretrial Release Conditions Modification**