MICHELE BECKWITH
Acting United States Attorney
JESSICA DELANEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROCHELLE PASLEY <br><br> Defendants. | CASE NO. 2:23-CR-00322-DJC; <br><br> STIPULATION REGARDING RESETTING OF SENTENCING AND DISPOSITION HEARING; ORDER <br><br> COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Defendant Rochelle Pasley pleaded guilty on February 27, 2025. (ECF 40). The matter was scheduled for a Judgement and Sentencing Hearing on June 26, 2025. (Id.). The presentence report has not yet been completed.

On April 24, 2025, Pasley's co-defendant, Deshawn Oshaea Campbell, pleaded guilty, pursuant to a plea agreement. (ECF 46). The matter was scheduled for a Judgement and Sentencing Hearing on August 7, 2025.

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendant Rochelle Pasley, by and through her counsel of record, hereby stipulate as follows:

1. By this stipulation, the parties now move to set defendant Pasley's sentencing hearing on August 7, 2025, at 9:00 a.m. The parties move to do so in the interest of judicial economy and efficiency, so that defendant Pasley may be jointly sentenced on the same day as her co-defendant. The assigned probation officer has been consulted and concurs with the proposed date.

    2. The parties, after consultation with the assigned probation officer, further agree and stipulate to the following:

        a)     June 26, 2025: draft Presentence Report

        b)     July 10, 2025: Informal Objections

        c)     July 17, 2025: Final Presentence Report

        d)     July 24, 2025: Formal Objections

        e)     July 31, 2025: Reply / Non-Opposition

        f)     August 7, 2025 at 9:00 a.m.: Sentencing and disposition

IT IS SO STIPULATED.

Dated: April 29, 2025                              MICHELE BECKWITH
                                                   Acting United States Attorney

                                                   /s/ JESSICA DELANEY
                                                   JESSICA DELANEY
                                                   Assistant United States Attorney


Dated: April 29, 2025                              /s/ MICHAEL HANSEN
                                                   MICHAEL HANSEN
                                                   Counsel for Defendant
                                                   ROCHELLE PASLEY


## ORDER

IT IS SO FOUND AND ORDERED this 30th day of April, 2025.

                                                   /s/ Daniel J. Calabretta
                                                   THE HONORABLE DANIEL J. CALABRETTA
                                                   UNITED STATES DISTRICT JUDGE